

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DISTRICT

ANTHONY HUDSON                              PLAINTIFF

VS                        CAUSE NO 2:23cv00197-TBM RPM

TRAVELERS COUNCILWOMAN GRACE AMOS
COUNCILMAN THOMAS THAXTON,
COUNCILWOMAN SHIRLEY KEYS JORDAN,
COUNCILMAN GEORGE A.CARMICHAEL,
MAYOR JOHNNY MAGEE, COUNCILWOMAN
ANDREA ELLIS,COUNCILMAN JASON CAPERS,
COUNCILMAN JAMES K. KELLEY, COUNTY
SUPERVISOR TRAVARES COMEGY, COUNTY
SUPERVISOR LARRY DYKES, COUNTY SUPERVISOR
PHIL DICKERSON, FCCI INSURANCE GROUP, COUNTY
SUPERVISOR DAVID SCRUGG, COUNTY SUPERVISOR
JOHN A. BURNETT                           DEFENDANTS

### A NOTICE FOR MOTION FOR DEFAULT JUDGMENT

Come now, Plaintiff Anthony Hudson, files this his Motion for Default Judgment and would show the court the following;

A. On April 29, 2024, Plaintiff filed his Amended Complaint.

B. Pursuant to Federal Rule 15(a), a party shall plead in response to an amended pleading within the time remaining to respond to the original pleading or within 10 days after service of the amended pleading.

FOR THE FORGOING REASONS, Plaintiff Anthony Hudson requests a Default Judgment against FCCI Insurance Company, Supervisor David Scrugg, and Supervisor John A.Burnette.

Dated this the 10th day of May, 2024

*Anthony Hudson*
Anthony Husdon

## CERTIFICATE OF SERVICE

I, Anthony Hudson certify that a true copy of this Motion and Proposed Order has been emailed to will.allen@aabalegal.com

*Anthony Hudson*
Anthony Hudson

Prepared by: Anthony Hudson
2219 Center Ave
Laurel, Ms 39440
601-804-9099